# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No.  06-cr-00395-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAVID GLENN COX,

      Defendant.

---

## MINUTE ORDER[1]

---

The matter before the court is the **Unopposed Motion to Continue Change of Plea** [#24], filed March 23, 2007.  Said motion is **GRANTED**.  The change of plea hearing previously set for March 28, 2007, is **VACATED** and is **RESET** to **June 22, 2007**, at 9:00 a.m.   The U.S. Marshal shall secure the defendant's appearance for this hearing.

Dated:  March 23, 2007

-----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.