**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00395-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID GLENN COX,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, appearing in chambers on March 26, 2007, the change of plea hearing previously reset to June 22, 2007, is **VACATED** and is **RESET** to **June 29, 2007**, at 9:30 a.m.  The U.S. Marshal shall secure the defendant's appearance for this hearing.

Dated:  March 26, 2007

-------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.